UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KURT STEINHEISER,<br><br>          Plaintiff,<br><br>     v.<br><br>ROADWAY EXPRESS, INC., a foreign corporation,<br><br>          Defendant. | NO. CV-04-0451-EFS<br><br>**ORDER DISMISSING ACTION AND CLOSING FILE** |

On January 6, 2006, the Court was advised by the parties in a Stipulation of Voluntary Dismissal with Prejudice that the above-captioned case has been settled and may be dismissed with prejudice and without the award of costs to either party. (Ct. Rec. 24.) Accordingly, **IT IS HEREBY ORDERED**: The above-captioned case is **DISMISSED** with prejudice.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, provide a copy to counsel, and **CLOSE THIS FILE**.

**DATED** this ___18th___ day of January, 2006.

                    S/ Edward F. Shea
                    EDWARD F. SHEA
              United States District Judge

Q:\Civil\2004\0451.dismiss.action.wpd

ORDER * 1